| | |
|---|---|
| ELIZABETH A JANOVICH,<br><br>                Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                Defendant. | CASE NO. 3:18-CV-05223-JRC<br><br>ORDER GRANTING STIPULATED REMAND PURSUANT TO SENTENCE FOUR, 42.U.S.C. § 405(g) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 2.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration. (Dkt. 11.)

IT IS HEREBY ORDERED THAT following consideration of defendant's stipulated motion for remand, the Court grants the motion and REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Commissioner for further administrative proceedings, a new hearing, and a new decision. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

ORDER GRANTING STIPULATED REMAND
PURSUANT TO SENTENCE FOUR, 42.U.S.C. §
405(G) - 1

On remand, the Commissioner will offer plaintiff a new hearing with the opportunity to present additional evidence and testimony; reevaluate plaintiff's severe impairments at step two, including plaintiff's gastrointestinal disorders; revaluate whether plaintiff met or equaled a listing at step three, addressing listing 5.08; reevaluate the medical opinion from Nicola Sarohia, M.D.; and as necessary, continue with the sequential evaluation process.

This case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58. The briefing schedule in this matter is vacated.

Dated this 1st day of August, 2018.

J. Richard Creatura
United States Magistrate Judge